In The United States District Court
For the Western District of Tennessee
Eastern Division

Kevin Edward Cress
    Plaintiff,

V.

                   Case No. _____
                   Jury Trial Demanded

Centurion Medical Inc.
    Defendant.

## Complaint

RECEIVED
DEC 0 1 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

Respectfully Submitted;
Kevin Cress
Kevin E. Cress, 388776
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

Page 1 of 10

## Plaintiff

1.) Plaintiff Kevin Edward Cress, is incarcerated at: Kevin Edward Cress, 388776, 960 State Route 212, Tiptonville, TN 38079.

2.) Plaintiff has filed one other action with this Court, Plaintiff cannot recall the parties named therein, nor the circumstances/reason for the dismissal.

## Defendant

3.) Centurion Medical Inc., is located at: Centurion Medical Inc., Northwest Correctional Complex, 960 State Route 212, Tiptonville, TN 38079.

4.) Centurion Medical Inc., is responsible for the Health Care needs of the Tennessee Department of Corrections inmate population; and in that capacity, was responsible for the health care needs of Plaintiff, and is the but for proximate cause of plaintiffs injuries.

5.) Centurion Medical Inc., is being sued in its professional and Individual capacity.

## Statement of Claim

6.) Plaintiff was admitted to the care and custody of the Tennessee Department of

Page 2 of 10

corrections on or about February 6, 2023.

7.) Plaintiff, an inmate with serious medical needs (Plaintiff underwent a major medical procedure in December of 2019, recieving a pacemaker) immediately began complaining to medical staff upon his arrival in the Tennessee Department of corrections "hereinafter 'TDOC'"; about several medical ailments that were plaguing him including but not limited to:

a.) Shortness Of Breath

b.) Excruciating pain in liver, and mass under Plaintiffs left arm.

c.) Medical providers failure to calibrate and monitor plaintiff's pacemaker.

d.) Medical providers unlawful witholding of plaintiff seizure medication (Kepria 500 mg)

e.) Medical providers unlawful witholding of pschiatric treatment after plaintiff complained of mental health distress and associated symptoms

Page 3 of 10

f.) Medical providers refusal to treat plaintiff and their unreasonable delay and refusal to diagnose plaintiff, has unlawfully caused plaintiff to sustain injuries.

8.) Plaintiff avers that the aforementioned allegations are an unlawful abridgment of plaintiffs: VIII amendment U.S. constitutional right to be free from cruel and unusual punishment; & XIV amendment U.S. constitutional right to due process of law.

9.) at all times throughout this complaints allegations the Defendant was acting under color of State & Federal Law.

## Relief

10.) That this honorable court award Plaintiff Punitive Damages in the amount of $250,000.00

11.) That process issue and be served upon Defendant by the U.S. Marshall, in accordance with federal law.

12.) That Plaintiff be awarded reasonable cost incurred.

13.) That this honorable court award any such other

relief as the interest of Justice may require.

## Jury Demand

14.) Plaintiff Demands that this case be tried by a Jury.

Respectfully submitted;

Kevin Edward Cress, 388776
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

## Sworn Declaration

I Kevin Edward Cress, swear under penalties of perjury, that the foregoing complaint, is true and correct to the best of my knowledge information and belief.

_Kevin Cress_
(Signature)

November 16th 2023
(Date)

## Notary Seal

State of Tennessee )
                   )
County of Lake     )

Sworn to, and subscribed before me this the 16th day of November 2023.

_Canitha McCranie_
(Signature of Notary)

My Commission Expires: February 25, 2024

Page 6 of 10