UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KEVIN EDWARD CRESS, <br>     Plaintiff, <br><br> v. <br><br> CENTURION MEDICAL, INC., <br>     Defendant. | Civ. No. 1:23-cv-01258-SHM-tmp |

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on September 4, 2025, certifying that an appeal would not be taken in good faith, notifying Plaintiff of the appellate filing fee, notifying Plaintiff of the Court's strike recommendation pursuant to 28 U.S.C. § 1915(g), and denying leave to proceed in forma pauperis on appeal.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 4, 2025           WENDY R. OLIVER
DATE                                  CLERK

                                           */s/ Jairo Mendez*
                                           (By) DEPUTY CLERK